■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEVERN BALDWIN, Appellant. [930 NYS2d 453]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Mazzarelli, J.P., Friedman, Catterson, Moskowitz and Abdus-Salaam, JJ.